**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7924**

---

JABARI ZAKIYA,

　　　　　　　　　　　　　　　　Petitioner - Appellant,

　　　　versus

WILLIE JAMES THOMPSON, Warden, FCI Morgantown,
West Virginia,

　　　　　　　　　　　　　　　　Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.　William M. Kidd, Senior District Judge.　(CA-96-192-1)

---

Submitted:　August 26, 1997　　　Decided:　October 28, 1997

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Jabari Zakiya, Appellant Pro Se.　Rita R. Valdrini, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion to reconsider the dismissal of his 28 U.S.C. § 2241 (1994) petition and denying his motion to recuse. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. <u>Zakiya v. Thompson</u>, No. CA-96-192-1 (N.D.W. Va. Dec. 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2